FILED
WILLIAMSPORT, PA

SEP -7 2004

MARY E. D'ANDREA, CLERK
PER _____
         DEPUTY CLERK

SAMUEL C. STRETTON
ATTORNEY AT LAW
301 S. HIGH STREET
P.O. BOX 3231
WEST CHESTER, PA 19381-3231

(610) 696-4243
FAX (610) 696-2919

September 2, 2004

THE BENJAMIN FRANKLIN HOUSE
SUITE 206
834 CHESTNUT STREET
PHILADELPHIA, PENNSYLVANIA 19107
(215) 627-8653

PLEASE REPLY TO:
West Chester

Clerk of Court
United States District Court
Middle District
218 Herman T. Schneebeli
U.S. Courthouse & Federal Building
240 W. 3rd Street
Williamsport, PA 17701

Re: Kravas v. Tioga County Commissioners, et al.
    4:02-CV-1831

Dear Sir or Madam:

I am writing to confirm that the Kravas case settled last evening around 7:45 p.m. so there is no need to select a jury. Thank you for your consideration.

Very truly yours,

Samuel C. Stretton

SCS:clm
VIA FACSIMILE AND FIRST CLASS MAIL
cc: Honorable Malcolm Muir
    Neva L. Stanger, Esquire
    Hugh Hutchinson, Esquire
    John Kravas